IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JALARAM FRANKLIN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3: 22-cv-00320 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| Seneca Specialty Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Pending before the Court is the magistrate judge's Report and Recommendation ("R&R") from February 16, 2024 (Doc. No. 53). The R&R recommends that the Court deny Defendant's motion to dismiss for failure to prosecute (Doc. No. 51). Defendant has not filed any opposition to the R&R.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a de novo or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Accordingly, the R&R (Doc. No. 53) is adopted as unopposed, and the motion at Doc. No. 51 is DENIED.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE